USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PAMELA WILLIAMS, on behalf of herself
and all other similarly situated,

                                         Plaintiffs,

          -against-

TRAEGER PELLET GRILLS LLC,

                                         Defendant.
-----------------------------------------------------------------X

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

20-CV-2295 (PGG) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      In light the Stipulation of Voluntary Dismissal filed on August 12, 2020 (doc. no 14) the Initial Case Management Conference currently scheduled for **September 29, 2020** is hereby adjourned *sine die*.

      SO ORDERED.

Dated: August 13, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge