**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PAMELA WILLIAMS, on behalf of herself and all others similarly situated,<br><br>           Plaintiffs,<br><br>           v.<br><br>TRAEGER PELLET GRILLS LLC,<br><br>           Defendant. | Case No. 1:20-cv-02295 (PGG) (KHP)<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice. Each party shall bear its own legal fees and costs.


**STEIN SAKS, PLLC**

By: _____
    David Force, Esq.
    285 Passaic Street
    Hackensack, NJ, 07601
    (201) 282-6500
    *Attorneys for Plaintiff*


Dated: _____7/23/20_____

**ARNOLD & PORTER KAYE**
    **SCHOLER LLP**

By: _____
    Sara L. Shudofsky
    250 West 55th Street
    New York, NY 10019
    (212) 836-7922
    *Attorneys for Defendant*


Dated: __August 10, 2020___


SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Dated: August 13, 2020